**From:** Andrew Pilloud
**To:** WAWDdb_NewCasesSea
**Subject:** Re: New Case: Andrew Pilloud v. Delta Dental of California
**Date:** Monday, June 1, 2026 4:13:22 PM
**Attachments:** 1-civil_cover_sheet.pdf
1-complaint.pdf

---

CAUTION - EXTERNAL:

Copies with handwritten signatures attached.

Respectfully,

Andrew Pilloud

On 6/1/26 15:46, WAWDdb_NewCasesSea wrote:
> Good afternoon,
>
> Please sign the complaint with a handwritten signature, the s/ signature is required for attorneys. Thank you.
>
>
>
> Deputy Clerk
>
> -----Original Message-----
> From: Andrew Pilloud <andrew@pilloud.us>
> Sent: Monday, June 1, 2026 10:27 AM
> To: WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>
> Subject: New Case: Andrew Pilloud v. Delta Dental of California
>
> CAUTION - EXTERNAL:
>
>
> Complaint and cover sheet are attached. Please let me know how to pay the filing fee.
>
> Andrew Pilloud
> CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.
>
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.