**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

June 3, 2026

Andrew Pilloud
12544 SHOREWOOD LN SW
BURIEN, WA 98146

Your civil action *Pilloud v. Delta Dental of California* was filed in the U.S. District Clerk's office at Seattle on June 1, 2026.

Your case has been assigned Case Number **2:26−cv−01917−TL,** and has been assigned to Judge Tana Lin, Presiding Judge.

***All future correspondence with the Court must contain the entire case number as indicated above.***

Thank you,

JOSHUA C. LEWIS, *Clerk*

s/*Deputy Clerk*

cc: file