Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW PILLOUD,<br>Plaintiff,<br>v.<br>DELTA DENTAL OF CALIFORNIA,<br>Defendant. | Case No. 2:26-cv-01917-TL<br>**STIPULATED NOTICE OF EXTENSION OF ANSWER DEADLINE**<br>Noting Date: July 30, 2026<br>[Clerk's Action Required] |

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the deadline for Defendant's response to Plaintiff's Complaint to August 31, 2026. The Parties request that the Clerk reset the deadline as noticed.

DATED July 30, 2026.

ANDREW PILLOUD
*Plaintiff, Pro Se*

**Electronic signature added per email authority on July 30, 2026*

By *\/s/ Andrew Pilloud*
Andrew Pilloud
12544 Shorewood Lane SW
Burien, WA 98146
T: (206) 279-2777
andrew@pilloud.us

SEYFARTH SHAW LLP
*Attorneys for Defendants*

By *\/s/ Scott Prange*
Scott Prange, WSBA #53980
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
(206) 946-4910
sprange@seyfarth.com