AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

Andrew Pilloud

*Plaintiff(s)*

v.

Delta Dental of California

*Defendant(s)*

Civil Action No. 2:26-cv-01917-TL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DELTA DENTAL OF CALIFORNIA
560 MISSION ST, SUITE 1300
SAN FRANCISCO, CA 94105

c/o CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW STE 208 MC-CSC1
TUMWATER, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew Pilloud
12544 Shorewood Ln SW
Burien WA 98146
andrew@pilloud.us

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/8/2026

Carrie J. Smith

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-01917-TL

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Delta Dental of California
was received by me on *(date)* 7/8/26 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ellen Jones , who is designated by law to accept service of process on behalf of *(name of organization)* Delta Dental of California on *(date)* 7/9/26 @ 2:55pm ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/27/26

[signature]
*Server's signature*

Carolyn Heater process server
*Printed name and title*

PO Box 812, Elma WA 98541
*Server's address*

Additional information regarding attempted service, etc: