Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW PILLOUD,<br><br>Plaintiff,<br><br>v.<br><br>DELTA DENTAL OF CALIFORNIA,<br><br>Defendant. | Case No. 2:26-cv-01917-TL<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

**TO: ANDREW PILLOUD, Plaintiff, *Pro Se***

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, defendant Delta Dental of California ("Defendant") states that Dentegra Group, Inc. is the parent company of Defendant. No publicly held corporation owns ten percent or more of Defendant's stock.

DATED July 31, 2026.

SEYFARTH SHAW LLP
*Attorneys for Defendant Delta Dental of California*

By *__/s/ Scott Prange__*
Scott Prange, WSBA # 53980
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
T: (206) 946-4910
sprange@seyfarth.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

Andrew Pilloud
Plaintiff, *Pro Se*
12544 Shorewood Lane SW
Burien, WA 98146
T: (206) 279-2777
andrew@pilloud.us

☐ Via Legal Messenger
☒ Via U.S. Mail, postage prepaid
☐ Via Federal Express
☐ Via Facsimile
☒ Via Electronic Mail
☒ Via Court ECF

Declared under penalty of perjury under the laws of the State of Washington.

DATED July 31, 2026 at Renton, Washington.

*/s/ Greta Nelson*
Greta Nelson, Legal Assistant
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
T: (206) 946-4910
gnelson@seyfarth.com