Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW PILLOUD,<br><br>Plaintiff,<br><br>v.<br><br>DELTA DENTAL OF CALIFORNIA,<br><br>Defendant. | Case No. 2:26-cv-01917-TL<br><br>**NOTICE OF APPEARANCE**<br><br>[Clerk's Action Required] |

**TO:** **THE CLERK OF COURT**

**AND TO:** **ANDREW PILLOUD, Plaintiff, *Pro Se***

PLEASE TAKE NOTICE that Seyfarth Shaw LLP, through its attorney, Lauren Nelson, hereby appears in the above-captioned action as counsel of record for Defendant Delta Dental of California ("Delta Dental" or "Defendant"). Defendant does not waive any objections as to lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, insufficiency of process, failure to state a claim upon which relief can be granted, or any other claim or defense, by this appearance of its attorneys.

///

///

///

///



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

DATED August 10, 2026.

SEYFARTH SHAW LLP
*Attorneys for Defendant Delta Dental of California*

By *__/s/ Lauren Nelson__*
Lauren Nelson, WSBA #61995
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
T: (206) 946-4910
lenelson@seyfarth.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

Andrew Pilloud
Plaintiff, *Pro Se*
12544 Shorewood Lane SW
Burien, WA 98146
T: (206) 279-2777
andrew@pilloud.us

☐ Via Legal Messenger
☒ Via U.S. Mail, postage prepaid
☐ Via Federal Express
☐ Via Facsimile
☒ Via Electronic Mail
☒ Via CM/ECF

Declared under penalty of perjury under the laws of the State of Washington.

DATED August 10, 2026 at Seattle, Washington.

*/s/ Greta Nelson*
Greta Nelson, Legal Assistant
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
T: (206) 946-4910
gnelson@seyfarth.com