Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW PILLOUD,<br>Plaintiff,<br>v.<br>DELTA DENTAL OF CALIFORNIA,<br>Defendant. | Case No. 2:26-cv-01917-TL<br>**NOTICE OF WITHDRAWAL**<br>[Clerk's Action Required] |

**TO: ANDREW PILLOUD, Plaintiff, *Pro Se***

Notice is hereby given that Scott Prange of Seyfarth Shaw LLP is withdrawing as an attorney for Defendant Delta Dental of California ("Defendant" and/or "Delta Dental"), and that Lauren Nelson of Seyfarth Shaw LLP will continue as attorney for Defendant. Copies of all future papers and pleadings herein, except original process, shall be served upon Lauren Nelson at Seyfarth Shaw LLP.

DATED this August 6, 2026.

| **Withdrawing as Attorney for Defendant:** | **Continuing as Attorney for Defendant:** |
|---|---|
| SEYFARTH SHAW LLP | SEYFARTH SHAW LLP |
| By * /s/ Scott Prange* | By * /s/ Lauren Nelson* |
| Scott Prange, WSBA #53980<br>999 Third Avenue, Suite 4700<br>Seattle, WA 98104-4041<br>T: (206) 946-4910<br>sprange@seyfarth.com | Lauren Nelson, WSBA #61995<br>999 Third Avenue, Suite 4700<br>Seattle, WA 98104-4041<br>T: (206) 946-4910<br>lenelson@seyfarth.com |



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

Andrew Pilloud
Plaintiff, *Pro Se*
12544 Shorewood Lane SW
Burien, WA 98146
T: (206) 279-2777
andrew@pilloud.us

☐ Via Legal Messenger
☒ Via U.S. Mail, postage prepaid
☐ Via Federal Express
☐ Via Facsimile
☒ Via Electronic Mail
☒ Via CM/ECF

Declared under penalty of perjury under the laws of the State of Washington.

DATED August 10, 2026 at Seattle, Washington.

*/s/ Greta Nelson*
Greta Nelson, Legal Assistant
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
T: (206) 946-4910
gnelson@seyfarth.com