Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW PILLOUD,

Plaintiff,

v.

DELTA DENTAL OF CALIFORNIA,

Defendant.

Case No. 2:26-cv-01917-TL

**STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO EXTEND ALL DEADLINES**

Noting Date: August 21, 2026

[Clerk's Action Required]

Pursuant to the Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 16(b)(6), the Parties jointly respectfully request the Court to amend its Order Regarding Initial Disclosures, Joint Status Report and Early Settlement ("Order"). In support of their Stipulated Motion to Extend All Deadlines Plaintiff Andrew Pilloud ("Plaintiff") and Defendant Delta Dental of California ("Defendant") (collectively, the "Parties") agree that good cause exists to extend the case deadlines because additional time is needed to permit the Parties to continue to explore alternative resolution.

In support of their Stipulated Motion, the Parties state as follows:

1. On June 1, 2026, Plaintiff filed his Complaint in the United States District Court, Western District of Washington.



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

2. On July 30, 2026, Defendant filed a Stipulated Notice of Extension to extend Defendant's response to Plaintiff's Complaint to August 31, 2026 with Plaintiff's approval.

3. The Parties conferred between August 14, 2026 and August 20, 2026, and have agreed to extend all case deadlines, as listed below, to allow time for settlement discussions.

| **Description** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Defendant's Answer to Plaintiff's Complaint | August 31, 2026 | September 30, 2026 |
| Deadline for FRCP 26(f) Conference | August 28, 2026 | October 23, 2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | September 11, 2026 | November 6, 2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | September 25, 2026 | November 20, 2026 |

WHEREFORE, the Parties respectfully request that the Court issue an order granting an extension of all case deadlines.

IT IS SO STIPULATED.

DATED August 21, 2026.

ANDREW PILLOUD
*Plaintiff, Pro Se*

**Electronic signature added per email authority on August 20, 2026*

By *_/s/ Andrew Pilloud_*
Andrew Pilloud
12544 Shorewood Lane SW
Burien, WA 98146
T: (206) 279-2777
andrew@pilloud.us

SEYFARTH SHAW LLP
*Attorneys for Defendant*
*Delta Dental of California*

By *_/s/ Lauren Nelson_*
Lauren Nelson, WSBA #61995
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
T: (206) 946-4910
lenelson@seyfarth.com

**ORDER TO EXTEND DEADLINES**

Pursuant to the foregoing Stipulation and good cause appearing, the Court hereby grants the Parties' Stipulation and ORDERS as follows:

Deadline for Defendant's Response to Complaint is September 30, 2026;

Deadline for FRCP 26(f) Conference is October 23, 2026;

Deadline for Initial Disclosures is November 6, 2026; and

Deadline for Joint Status Report is November 20, 2026.

**IT IS SO ORDERED.**

Dated August 24, 2026

THE HONORABLE TANA LIN
United States District Court Judge



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

Andrew Pilloud
Plaintiff, *Pro Se*
12544 Shorewood Lane SW
Burien, WA 98146
T: (206) 279-2777
andrew@pilloud.us

☐ Via Legal Messenger
☐ Via U.S. Mail, postage prepaid
☐ Via Federal Express
☐ Via Facsimile
☐ Via Electronic Mail
☒ Via CM/ECF (all parties are registered to accept service via CM/ECF)

Declared under penalty of perjury under the laws of the State of Washington.

DATED August 21, 2026 at Seattle, Washington.

*/s/ Greta Nelson*
Greta Nelson, Legal Assistant
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
T: (206) 946-4910
gnelson@seyfarth.com