Honorable Tana Lin

**United States District Court**

**Western District of Washington**

**Seattle Division**

| | |
|---|---|
| Andrew Pilloud,<br>Plaintiff,<br>vs.<br>Delta Dental of California, et al.,<br>Defendants. | No. 2:26−cv−01917−TL<br><br>**Plaintiff's Unopposed Motion and [~~Proposed~~] Order to Extend Deadlines**<br><br>Noting Date: October 29, 2026<br><br>[Clerk's Action Required] |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 16(b)(6), Plaintiff Andrew Pilloud ("Plaintiff") respectfully requests that the Court further amend its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 10), as amended



Andrew Pilloud, Plaintiff
12544 SHOREWOOD LN SW
BURIEN WA 98146
206-279-2777

(Dkt. 15) (“Order”), to extend the deadlines for initial disclosures and the Joint Status Report. Good cause exists because the First Amended Complaint adds two Defendants who have not yet appeared. Additional time will allow them to appear and participate in a single Joint Status Report, so that this matter proceeds at the same pace for all Defendants, and will allow Delta Dental to produce the administrative record described below by the time initial disclosures are exchanged. Defendant Delta Dental of California (“Delta Dental”) does not oppose this motion.

In support of this motion, Plaintiff states as follows:

1. On June 1, 2026, Plaintiff filed his Complaint in the United States District Court, Western District of Washington.

2. On August 24, 2026, the Court extended the case deadlines, setting the deadline for initial disclosures on November 6, 2026 and for the Joint Status Report on November 20, 2026 (Dkt. 15).

3. On October 21, 2026, Plaintiff filed his First Amended Complaint (Dkt. 17), adding Defendants Google LLC and the Administrative Committee of the Google LLC Welfare Benefit Plan. Plaintiff mailed requests to waive service to both on October 21, 2026. Neither has yet appeared.

4. Plaintiff conferred with counsel for Delta Dental between October 26 and October 29, 2026. Delta Dental does not oppose extending the deadlines as listed below.



Andrew Pilloud, Plaintiff
12544 SHOREWOOD LN SW
BURIEN WA 98146
206-279-2777

5. Delta Dental has agreed to produce, by December 11, 2026, the administrative record for the claims listed in the First Amended Complaint (Dkt. 17 ¶ 81).

| **Description** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | November 6, 2026 | December 11, 2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | November 20, 2026 | January 21, 2027 |

WHEREFORE, Plaintiff respectfully requests that the Court issue an order extending the deadline for initial disclosures to December 11, 2026 and the deadline for the Joint Status Report to January 21, 2027.

DATED October 29, 2026.

By: /s/Andrew Pilloud

Andrew Pilloud
Plaintiff, Pro Se
12544 Shorewood Ln SW
Burien, WA 98146
206-279-2777
andrew@pilloud.us

**ORDER TO EXTEND DEADLINES**

Pursuant to Plaintiff's Unopposed Motion and good cause appearing, the Court hereby GRANTS the motion and ORDERS as follows:

Deadline for Initial Disclosures is December 11, 2026; and

Deadline for Joint Status Report is January 21, 2027.

All other deadlines in the Order (Dkt. 15) remain unchanged.

IT IS SO ORDERED.

Dated October 30, 2026



THE HONORABLE TANA LIN
United States District Judge



Andrew Pilloud, Plaintiff
12544 SHOREWOOD LN SW
BURIEN WA 98146
206-279-2777