Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW PILLOUD,<br><br>Plaintiff,<br><br>v.<br><br>DELTA DENTAL OF CALIFORNIA; GOOGLE LLC; AND THE ADMINISTRATIVE COMMITTEE OF THE GOOGLE LLC WELFARE BENEFIT PLAN,<br><br>Defendants. | Case No. 2:26-cv-01917-TL<br><br>**STIPULATED MOTION and [PROPOSED] ORDER TO EXTEND ANSWER DEADLINE**<br><br>Noting Date: November 18, 2026<br><br>[Clerk's Action Required] |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 16(b)(6), the Parties jointly respectfully request the Court to extend Defendant Delta Dental's deadline to file an amended answer. In support of their Stipulated Motion to Extend Defendant's Answer to November 25, 2026, Plaintiff Andrew Pilloud ("Plaintiff") and Defendant Delta Dental of California ("Defendant") (collectively, the "Parties") state as follows:

1. On October 22, 2026 the Parties conferred for the FRCP 26(f) Conference.

2. On November 2, 2026 Defendant filed an unopposed notice of extension of answer deadline to extend Defendant's response to Plaintiff's Amended Complaint to November 18, 2026.



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

3. Defendant has been promptly and diligently collecting the information needed to respond to the Complaint. Defendant needs an additional week to complete the fact gathering needed to prepare its answer.

4. The Parties agreed on November 17, 2026 to extend Defendant's response to Plaintiff's Amended Complaint to November 25, 2026.

| **Description** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Defendant's Answer to Plaintiff's Amended Complaint | November 18, 2026 | November 25, 2026 |

This extension does not affect any other deadline, including initial disclosures (December 11, 2026) and the Joint Status Report (January 21, 2027) (Dkt. 19).

Wherefore, the Parties respectfully request that the Court issue an order granting an extension of Defendant's Answer to Plaintiff's Amended Complaint.

IT IS SO STIPULATED.

DATED November 18, 2026.

ANDREW PILLOUD
*Plaintiff, Pro Se*

**Electronic signature added per email authority on November 18, 2026*

By /s/ Andrew Pilloud
Andrew Pilloud
12544 Shorewood Lane SW
Burien, WA 98146
T: (206) 279-2777
andrew@pilloud.us

SEYFARTH SHAW LLP
*Attorneys for Defendant Delta Dental of California*

By */s/ Lauren Nelson*
Lauren Nelson, WSBA #61995
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
T: (206) 946-4910
lenelson@seyfarth.com

**ORDER TO EXTEND DEADLINE**

Pursuant to the foregoing Stipulation and good cause appearing, the Court hereby grants the Parties' Stipulated Motion and ORDERS as follows:

Deadline for Defendant Delta Dental of California's Response to Plaintiff's Amended Complaint is November 25, 2026.

**IT IS SO ORDERED.**

Dated______November 18, 2026__________

________________________________

The Honorable Tana Lin
United States District Court Judge



SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910